printing granted insofar as to dispense with the printing of the record on appeal, appellants' points and exhibits and to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellants' points and original exhibits, upon condition that the appellants serve one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellants' points on the attorneys for defendant-respondent and file 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellants' points and the original exhibits with this court on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of PYRO INCINERATOR & SUPPLY CORP. v. JOHN R. MILES, Doing Business as STRUCTURAL ENTERPRISES CO.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ GUSTAVE B. GARFIELD v. EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ In the Matter of MARIE S. LIVINGSTON, Deceased. IDA MICHEL, Appellant; A. EUGENE PATTISON et al.— Motion for leave to appeal as a poor person granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorneys for respondents and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court on or before August 15, 1961, with notice of argument for the September 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARNOLD SCHILDHAUS, on Behalf of SOLOMON CHODOROV, v. WARDEN OF THE NEW YORK DETENTION CENTER FOR MEN.— Motion for an order admitting relator-appellant to bail denied in all respects and the provision contained in the order to show cause, dated May 4, 1961, fixing bail in the sum of $500 is vacated and the relator-appellant, Solomon Chodorov, is remanded into the custody of the respondent. This Non-Enumerated appeal may be noticed for argument for June 6, 1961, on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 25, 1961. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN KING.— Enlargement of time granted. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ FIVE BORO ELECTRICAL CONTRACTORS ASSOCIATION, INC., et al., v. CITY OF NEW YORK et al.— Motion granted only to the extent of directing the plaintiffs-respondents-appellants and the defendant-appellant-respondent to file briefs on or before August 15, 1961, with notice of argument for the September